UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **JEFFREY G. NEAL, in his individual capacity,** *et al.*, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No. 1:23-cv-00004-JPJ-PMS |
| | : | |
| **MICHAEL C. NEAL, in his individual capacity,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Come Plaintiff/Counterdefendant, Jeffrey G. Neal, individually and his representative capacities, Plaintiff/Counterdefendant Abingdon Ear, Nose & Throat, P.C., Defendant/Counterplaintiff/Crossclaimant, Cynthia A. Neal, individually and in her representative capacities, and Defendant/Counterplaintiff/Crossdefendant, Michael C. Neal, by and through their respective counsel, and hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c) that this action be and is dismissed with prejudice as to all causes, claims, counterclaims, crossclaims and parties, with each party bearing their own attorney fees, expenses and costs. To be clear, this stipulation does not apply to:

i. All claims currently pending in Neal v. Neal, United States District Court for the District of Colorado, Civil Action No. 1:22-cv-03254-DDD-SBP;

ii. Any claims arising out of foreign bank accounts;

iii. Any claims arising from the Tim Shumate life insurance policy; and

iv. Any claims between the parties not related to properties or other matters not described in the pleadings in this case.

                Respectfully submitted,

                MICHAEL C. NEAL

                By_____/s/ Timothy E. Kirtner_____
                        Of Counsel
                Timothy E. Kirtner, VSB #36938
                GILMER, SADLER, INGRAM
                SUTHERLAND & HUTTON LLP
                65 East Main Street
                P. O. Box 878
                Pulaski, VA 24301
                540/980-1360
                540/980-5264 (facsimile)
                tkirtner@gsish.com

                JEFFREY G. NEAL
                ABINGDON EAR, NOSE & THROAT, P.C.

                By_____/s/ John E. Keiffer_____
                        Of Counsel
                John E. Keiffer, VSB #14599
                John E. Keiffer, Attorney at Law, PLLC
                1934 Euclid Avenue
                Bristol, Virginia 24203-2125
                jekpc@bvu.net

CYNTHIA A. NEAL

By    /s/ James C. White
        Of Counsel
James C. White (*pro hac vice* admittee)
(NCSB 31859)
J.C. White Law Group PLLC
100 Europa Drive, Suite 401
Chapel Hill, North Carolina 27517
jwhite@jcwhitelaw.com
Counsel for Cynthia Anne Neal

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 13th day of December 2024 electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ James C. White